208 So.2d 328

**Chester MARKS and Edna Cormier Marks**

**v.**

**TRAVELERS INSURANCE COMPANY, Department of Highways and L. J. Menard.**

**No. 49190.**

April 4, 1968.

Writ refused. Applicant has a remedy by appeal in the event of an adverse judgment.